IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SMITH,

   Petitioner,      No. CIV S-09-0652 GEB EFB P

  vs.

PEOPLE OF THE STATE OF CALIFORNIA,

              ORDER AND
              FINDINGS AND RECOMMENDATIONS

   Respondent.
_____/

   Petitioner is a Washington state prisoner without counsel seeking a writ of mandamus directed to the Yolo County Superior Court.

   He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

   Petitioner contends he suffered a criminal conviction in the Yolo County Superior Court and was denied effective assistance of counsel. He asks this court to order the state superior court to decide the issues raised by petitioner in the instant petition for writ of mandamus.

   Federal courts lack jurisdiction to issue a writ of mandamus to a state court. *See Demos v. United States Dist. Court for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991). The proper remedy for a state prisoner challenging any aspect of his state custody is to file a federal habeas petition pursuant to 28 U.S.C. § 2254. *White v. Lambert*, 370 F.3d 1002, 1009-10 (9th

1 Cir. 2004).

2   Petitioner has requested that the court appoint counsel.  In habeas proceedings, there is
3 no absolute right to appointment of counsel.  *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir.
4 1996).  The court may appointment counsel at any stage of the proceedings "if the interests of
5 justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254
6 Cases.  The court does not find that the interests of justice would be served by the appointment
7 of counsel.

8   Accordingly, it is ORDERED that:

9   1.  Petitioner's request for leave to proceed *in forma pauperis* is granted.

10   2.  Petitioner's April 24, 2009 motion for appointment of counsel is denied.

11   Further, it is hereby RECOMMENDED that the March 9, 2009 petition for a writ of
12 mandamus be dismissed for lack of jurisdiction, without prejudice to filing a petition for writ of
13 habeas corpus in a new action.

14   These findings and recommendations are submitted to the United States District Judge
15 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
16 after being served with these findings and recommendations, any party may file written
17 objections with the court and serve a copy on all parties.  Such a document should be captioned
18 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
19 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
20 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

21 Dated:  March 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE